## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### OWENSBORO

FILED

VANESSA L. ARMSTRONG, CLERK

OCT 19 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) No. 4:16-MC-3-JHM |
| OWENSBORO DERMATOLOGY ASSOCIATES, | ) |
| P.S.C., | ) |
| | ) |
| Respondent. | ) |
| | ) |

## RESPONDENT'S ANSWER TO PETITION TO
## ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Respondent, by and through its undersigned counsel, in response to the petition filed in the above-entitled case, admits, denies, and alleges as follows:

### I.

Admits.

### II.

Admits.

### III.

Admits.

### IV.

Admits.

V.

Admits, except that alleges the Internal Revenue Service is also in possession and control of all documents not subject to the attorney-client privilege which have been requested in the summons.

VI.

Admits.

VII.

Denies and alleges, as set forth in the Memorandum in Support of Answer to Petition to Enforce Internal Revenue Service Summons attached herein and incorporated hereto as Attachment A, the Internal Revenue Service is in possession and control of all documents not subject to the attorney-client privilege which have been requested in the summons and enforcement of the summons would constitute an abuse of the Court's process.

VIII.

Denies, as set forth in Attachment A, that the books, papers, records, or other data sought by requests 6, 7, 8, 11, 12, 15 and 16 of the summons are not already in the Internal Revenue Service's possession. Respondent further alleges, as set forth in Attachment A, the Internal Revenue Service is in possession and control of all documents not subject to the attorney-client privilege which have been requested in the

summons and enforcement of the summons would constitute an abuse of the Court's process.

IX.

Denies for lack of knowledge.

X.

Denies and alleges, as set forth in Attachment A, that the books, papers, records, or other data sought by requests 6, 7, 8, 11, 12, 15 and 16 of the summons have already been examined or can immediately be examined as all requested documents that are not privileged communications are already in the Internal Revenue Service's possession or control and enforcement of the summons would constitute an abuse of the Court's process.

**WHEREFORE,** Respondent respectfully prays:

1. That the Court deny the relief sought in the Petition;

2. That Petitioner be found liable for attorney fees and litigation expenses incurred by Respondent in refuting the Petition; and

3. That the Court grant such other and further relief as is just and proper.

Respectfully submitted
October 18, 2016

Allison Helsinger
Attorney for Respondent
Moore Ingram Johnson & Steele, LLP
2333 Alexandria Drive
Lexington, KY 40504
502-410-6021
Kentucky Bar No. 94021

Kenneth D. Hall
Attorney for Respondent
Moore Ingram Johnson & Steele, LLP
326 Roswell Street
Marietta, GA 30060
770-429-1499
Georgia Bar No. 110140

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed this the 18th day of October, 2016 to opposing counsel Jessica R. C. Malloy at 717 W. Broadway, Louisville, Kentucky 40202.

Respectfully submitted
October 18, 2016

Allison Helsinger
Attorney for Respondent
Moore Ingram Johnson & Steele, LLP
2333 Alexandria Drive
Lexington, KY 40504
502-410-6021
Kentucky Bar No. 94021

Kenneth D. Hall
Attorney for Respondent
Moore Ingram Johnson & Steele, LLP
326 Roswell Street
Marietta, GA 30060
770-429-1499
Georgia Bar No. 110140