# EXHIBIT "A"

## COVER LETTER TO RESPONSE TO IDR 2 FOR BEVELED EDGE

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON†‡
ROBERT D. INGRAM†
J. BRIAN O'NEIL
O. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK†
ALEXANDER T. GALLOWAY III†
J. KEVIN MOORE
RODNEY R. MCCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART†‡
JEFFREY A. DAXE
KIM A. ROPER†
VICTOR P. VALMUS
ANGELA H. SMITH†
CHRISTOPHER C. MINGLEDORFF*
ANGELA D. TARTLINE

JOYCE W. HARPER
CAREY E. OLSON*
CHARLES E. PIERCE*
WILMA R. BUSH
GREGORY H. FULLER*
TODD I. HEIRD*
ALEXANDER B. MORRISON*
DOUGLAS W. BUTLER, JR.
CARLA C. WESTER‡
AMY L. JETT*
RYAN M. INGRAM
SHAWN G. SHELTON
D. AUSTIN GILLIS
KRISTEN C. STEVENSON*
SARAH H. BEST*‡
RYAN C. EDENS*
JULIE C. FULLER*
JODI B. LODEN*
TAMMI L. BROWN
DAVID A. HURTADO
J. MARSHALL WEHUNT
JONATHAN J. SMITH
TRISTAN B. MORRISON****
WILLIAM B. WARIHAY‡

**MARIETTA, GEORGIA**
EMERSON OVERLOOK
326 ROSWELL ST
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

**KNOXVILLE, TENNESSEE**
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-9030

**JACKSONVILLE, FLORIDA**
10151 DEERWOOD PARK BLVD • BLDG 200, STE 250
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 428-1485

**NASHVILLE, TENNESSEE**
3200 WEST END AVE • STE 500
NASHVILLE, TENNESSEE 37203
TELEPHONE (615) 425-7347

**LEXINGTON, KENTUCKY**
2333 ALEXANDRIA DRIVE
LEXINGTON, KENTUCKY 40504
TELEPHONE (502) 410-6021

**CHARLESTON, SOUTH CAROLINA**
885 ISLAND PARK DR • STE B
CHARLESTON, SOUTH CAROLINA 29492
TELEPHONE (843) 302-0002

**ORLANDO, FLORIDA**
7380 W. SAND LAKE RD • STE 500
ORLANDO, FLORIDA 32819
TELEPHONE (407) 367-6233

COLLEEN K. HORN*···
DAVID J. OTTEN*
JONATHAN S. FUTRELL
NORBERT D. HUMMEL, IV
DAVID P. CONLEY
B. CHASE ELLEBY
TYLER R. MORGAN*
MARIANNA L. JABLONSKI*
LOURDES SANCERNI-FULTON♢
LEAH C. FOX*
ALISHA I. WYATT-BULLMAN†
J. DANIEL COLE
RYAN B. ROBINSON
JOSEPH D. SHELLEY
LESLIE S. SMITH
CHRISTOPHER L. JOHNSON
CHRISTIAN H. LAYCOCK
LIZA D. HARRELL··
JESSICA A. KING
JOHN A. EARLY
CHRISTOPHER W. SHERMAN*
JESS E. MAPLES*·
FREDERICK F. FISHER···
KENNETH O. HALL

RAHUL SHETH
GRANT S. TALL
NIGEL P. VORBRICH*
KIMBERLY E. THOMPSON·
E. SHANE BRANHAM*
BRENT R. LAMAN*
CHRISTOPHER R. BROOKS*

OF COUNSEL:
JOHN L. SKELTON, JR.†

† ALSO ADMITTED IN TN
* ALSO ADMITTED IN FL
**** ALSO ADMITTED IN CA
· ALSO ADMITTED IN TX
· ALSO ADMITTED IN AL
‡ ALSO ADMITTED IN KY
·· ALSO ADMITTED IN SC
♢ ALSO ADMITTED IN NC
·· ALSO ADMITTED IN OH
· ADMITTED ONLY IN TN
) ADMITTED ONLY IN FL
··· ADMITTED ONLY IN SC
· ADMITTED ONLY IN KY

March 24, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

Re:    Beveled Edge Insurance Company (the "Captive")
       Tax ID Number: ▓▓▓▓▓▓
       Tax Period: 2012

       Owensboro Dermatology Assoc PSC (together with Dermatology Property Management, LLC, the "Insured")
       Tax ID Number: ▓▓▓▓▓▓
       Tax Period: 2012

       Dermatology Property Management, LLC (together with Owensboro Dermatology Assoc. PSC, the "Insured")
       Tax ID Number: ▓▓▓▓▓▓
       Tax Period: 2012

Dear Ms. Luu,

On behalf of my clients, the above-referenced Taxpayers, I am writing to provide you with background information regarding the enclosed documentation surrounding the 2012 distribution as requested pursuant to Initial Document Request ("IDR") #2.

Beveled Edge made total distributions of $1,196,513 in 2012, as provided in Schedule M-2 of the 2012 Form 1120-PC. (*See* Exhibit A, "2012 Form 1120-PC"). These distributions

consisted of a $300,000 cash distribution on December 7, 2012 (hereinafter "Distribution A"), a $300,000 cash distribution on December 10, 2012 (hereinafter "Distribution B"), two (2) cash distributions of $12,000 each on December 31, 2012 (hereinafter "Distribution C"), and two (2) distributions of securities valued at $286,256.73 each (hereinafter "Distribution D"). (*See* Exhibit B, "Beveled Edge Charles Schwab Account Records Showing December Transfers"). As the two (2) equal shareholders of Beveled Edge, the Truett Family Dynasty Trust and the Crowe Family Dynasty Trust each correctly reported ordinary dividends income of $598,257 on their respective 2012 Form 1041s. (*See* Exhibit C, "2012 Form 1041 Truett Family Dynasty Trust Income Tax Return;" and *See* Exhibit D, "2012 Form 1041 Crowe Family Dynasty Trust Income Tax Return").

The distributions were made to The Truett Family Dynasty Trust and The Crowe Family Dynasty Trust as follows:

- **Distribution A** – On December 7, 2012, Beveled Edge transferred $300,000 directly to a newly formed corporation wholly owned by The Truett Family Dynasty Trust to capitalize the new corporation (*See* Exhibit E, "Charles Schwab Account Records for Corporation Wholly Owned by The Truett Family Dynasty Trust Showing Initial Contribution of $300,000")

- **Distribution B** – On December 10, 2012, Beveled Edge transferred $300,000 directly to a newly formed corporation wholly owned by The Crowe Family Dynasty Trust to capitalize the new corporation (*See* Exhibit F, "Charles Schwab Account Records for Corporation Wholly Owned by The Crowe Family Dynasty Trust Showing Initial Contribution of $300,000")

- **Distribution C** – On December 31, 2012, Beveled Edge made two (2) transfers of $12,000 to a temporary custodial account established by the trustee of each trust to hold the dividends until a Charles Schwab investment account was established for each of The Truett Family Dynasty Trust and The Crowe Family Dynasty Trust (*See* Exhibit G, "Charles Schwab Account Records for Temporary Account For Benefit of The Truett Family Dynasty Trust Showing Deposit of Dividend;" and *See* Exhibit H, "Charles Schwab Account Records for Temporary Account For Benefit of The Crowe Family Dynasty Trust Showing Deposit of Dividend"). Upon creation of the Charles Schwab investment accounts for each of the trusts, the funds were transferred from the temporary account to each respective Charles Schwab trust account (*See* Exhibit I, "Charles Schwab Account Records for Temporary Account For Benefit of The Truett Family Dynasty Trust Showing Distribution of the Dividend to The Truett Family Dynasty Trust;" and *See* Exhibit J, "The Truett Family Dynasty Trust Charles Schwab Account Showing Deposit of Dividend From Truett Temporary Account;" and *See* Exhibit K, "Charles Schwab Account Records for Temporary Account For Benefit of The Crowe Family Dynasty Trust Showing Distribution of the Dividend to The Crowe Family Dynasty Trust;" and *See* Exhibit L, "The Crowe Family Dynasty Trust Charles Schwab Account Showing Deposit of the Dividend From Crowe Temporary Account").

**MOORE INGRAM JOHNSON & STEELE**

- **Distribution D** - On December 31, 2012, Beveled Edge made two (2) transfers of securities with a total value of $596,513 to the temporary custodial account established by the trustee of each trust (*See* Exhibit G, "Charles Schwab Account Records for Temporary Account For Benefit of The Truett Family Dynasty Trust Showing Deposit of Dividend;" and *See* Exhibit H, "Charles Schwab Account Records for Temporary Account For Benefit of The Crowe Family Dynasty Trust Showing Deposit of Dividend"). Upon creation of the Charles Schwab investment accounts for each of the trusts, the securities were transferred from the temporary account to each respective Charles Schwab trust account (*See* Exhibit I, "Charles Schwab Account Records for Temporary Account For Benefit of The Truett Family Dynasty Trust Showing Distribution of the Dividend to The Truett Family Dynasty Trust;" and *See* Exhibit J, "The Truett Family Dynasty Trust Charles Schwab Account Showing Deposit of the Dividend From Truett Temporary Account;" and *See* Exhibit K, "Charles Schwab Account Records for Temporary Account For Benefit of The Crowe Family Dynasty Trust Showing Distribution of the Dividend to The Crowe Family Dynasty Trust;" and *See* Exhibit L, "The Crowe Family Dynasty Trust Charles Schwab Account Showing Deposit of the Dividend From Crowe Temporary Account").

Enclosed herein please see attached exhibits as well as the Beveled Edge 2013 Form 1120-PC as requested in IDR #2. If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

Very truly yours,

MOORE INGRAM JOHNSON & STEELE, LLP

Matthew J. Howard

Kenneth D. Hall

Enclosures