**EXHIBIT "B"**

**COVER LETTER TO RESPONSE TO IDR 2 FOR RESPONDENT**

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON†‡
ROBERT D. INGRAM‡
J. BRIAN O'NEIL
G. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK†
ALEXANDER T. GALLOWAY III‡
J. KEVIN MOORE
RODNEY R. McCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART‡‡
JEFFREY A. DAXE
KIM A. ROPER†
VICTOR P. VALMUS
ANGELA H. SMITH‡
CHRISTOPHER C. MINGLEDORFF‡
ANGELA D. TARTLINE

PHILIP C. THOMPSON•
JOYCE W. HARPER
CAREY E. OLSON•
CHARLES E. PIERCE•
WILMA R. BUSH
GREGORY H. FULLER•
TODD I. HEIRD•
ALEXANDER B. MORRISON•
DOUGLAS W. BUTLER, JR.
CARLA C. WESTER‡
AMY L. JETT•
RYAN M. INGRAM
SHAWN G. SHELTON
D. AUSTIN GILLIS
KRISTEN C. STEVENSON•
SARAH H. BEST•‡
RYAN C. EDENS•
JULIE C. FULLER•
JODI B. LODEN•
TAMMI L. BROWN
DAVID A. HURTADO
J. MARSHALL WEHUNT
JONATHAN J. SMITH
WILLIAM B. WARIHAY•

**MARIETTA, GEORGIA**
EMERSON OVERLOOK
326 ROSWELL ST
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

**KNOXVILLE, TENNESSEE**
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-8039

**JACKSONVILLE, FLORIDA**
10151 DEERWOOD PARK BLVD • BLDG 200, STE 250
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 429-1485

**BRENTWOOD, TENNESSEE**
5200 MARYLAND WAY • STE 301
BRENTWOOD, TENNESSEE 37027
TELEPHONE (615) 426-7347

**LEXINGTON, KENTUCKY**
2333 ALEXANDRIA DRIVE
LEXINGTON, KENTUCKY 40504
TELEPHONE (502) 410-8021

**CHARLESTON, SOUTH CAROLINA**
885 ISLAND PARK DR • STE B
CHARLESTON, SOUTH CAROLINA 29492
TELEPHONE (843) 302-0002

**ORLANDO, FLORIDA**
7380 W. SAND LAKE RD • STE 500
ORLANDO, FLORIDA 32819
TELEPHONE (407) 367-6233

COLLEEN K. HORN•‡‡‡‡
DAVID J. OTTEN•
JONATHAN S. FUTRELL
NORBERT D. HUMMEL, IV
DAVID P. CONLEY
MARIANNA L. JABLONSKI‡
LOURDES M. SANCERNI◊
LEAH C. FOX‡
J. DANIEL COLE
RYAN S. ROBINSON
JOSEPH D. SNELLEY
LESLIE S. SMITH
CHRISTIAN H. LAYCOCK
LIZA D. HARRELL••
JESSICA A. KING
JOHN A. EARLY
CHRISTOPHER W. SHERMAN◊
JESS E. MAPLES•◊
FREDERICK F. FISHER•••
KENNETH D. HALL
RAHUL SHETH
GRANT B. TALL
KIMBERLY E. THOMPSON•
BRENT R. LAMAN•

CHRISTOPHER R. BROOKS‡
ADAM S. ROSENBERG
CHRISTOPHER D. TROUTMAN
ALLISON M. HELSINGER‡
BENJAMIN T. BROTHERS‡
MICHAEL R. BEANE‡
N. CRAIG HOLLOWAY‡
MICHAEL E. PATTERSON•••
MATTHEW L. JONES‡
NELOFAR AGHARAHIMI••

OF COUNSEL:
JOHN L. SKELTON, JR.†

†   ALSO ADMITTED IN TN
•   ALSO ADMITTED IN FL
‡‡‡‡ ALSO ADMITTED IN CA
‡   ALSO ADMITTED IN TX
‡   ALSO ADMITTED IN TN
‡   ALSO ADMITTED IN KY
§   ALSO ADMITTED IN SC
‡   ALSO ADMITTED IN SC
••  ALSO ADMITTED IN OH
◊   ADMITTED ONLY IN GA
‡   ADMITTED ONLY IN TN
◊   ADMITTED ONLY IN FL
••• ADMITTED ONLY IN SC
◊   ADMITTED ONLY IN KY

August 21, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

Re:   Beveled Edge Insurance Company (the "Captive")
      Tax ID Number: ██████████
      Tax Period: 2012

      Owensboro Dermatology Assoc PSC (together with Dermatology Property
      Management, LLC, the "Insured")
      Tax ID Number: ██████████
      Tax Period: 2012

      Dermatology Property Management, LLC (together with Owensboro
      Dermatology Assoc. PSC, the "Insured")
      Tax ID Number: ██████████
      Tax Period: 2012

Dear Ms. Luu,

On behalf of our clients, the above-referenced Taxpayers, please see the enclosed CD
with responses to Owensboro Dermatology IDR 2. In addition, the CD contains supplemental
responses to the Beveled Edge IDR 1, Owensboro Dermatology IDR 1, and Dermatology
Property Management IDR 1. These responses are intended to clarify the original responses and
provide additional information to support the original responses.

# MOORE INGRAM JOHNSON & STEELE

If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

Very truly yours,

MOORE INGRAM JOHNSON & STEELE, LLP

Matthew J. Howard

Kenneth D. Hall

Enclosures