# EXHIBIT "C"

## AUDIO RECORDING OF AUGUST 28, 2015 PHONE INTERVIEW WITH DR. TRUETT