# EXHIBIT "D"

## COVER LETTER TO RESPONSE TO IDR 3 FOR BEVELED EDGE

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | PHILIP C. THOMPSON• | **MARIETTA, GEORGIA** | COLLEEN K. HORN•···· | CHRISTOPHER R. BROOKS• |
| STEPHEN C. STEELE | JOYCE W. HARPER | EMERSON OVERLOOK | DAVID J. OTTEN• | ADAM S. ROSENBERG |
| WILLIAM R. JOHNSON†‡ | CAREY E. OLSON• | 326 ROSWELL ST | JONATHAN S. FUTRELL | CHRISTOPHER D. TROUTMAN |
| ROBERT D. INGRAM† | CHARLES E. PIERCE• | MARIETTA, GEORGIA 30060 | NORBERT D. HUMMEL, IV | ALLISON M. HELSINGER• |
| J. BRIAN O'NEIL | WILMA R. BUSH | TELEPHONE (770) 429-1499 | DAVID P. CONLEY | BENJAMIN T. BROTHERS• |
| G. PHILLIP BEGGS | GREGORY H. FULLER• | **KNOXVILLE, TENNESSEE** | MARIANNA L. JABLONSKI• | MICHAEL R. BEANE‡ |
| ELDON L. BASHAM | TODD I. HEIRD• | 408 N. CEDAR BLUFF RD • STE 500 | LOURDES M. SANCERNI◊ | N. CRAIG HOLLOWAY• |
| MATTHEW J. HOWARD | ALEXANDER B. MORRISON• | KNOXVILLE, TENNESSEE 37923 | LEAH C. FOX• | MICHAEL E. PATTERSON··· |
| JERE C. SMITH | DOUGLAS W. BUTLER, JR. | TELEPHONE (865) 692-9039 | J. DANIEL COLE | MATTHEW L. JONES• |
| CLAYTON O. CARMACK | CARLA C. WESTER‡ | **JACKSONVILLE, FLORIDA** | RYAN S. ROBINSON | NELOFAR AGHARAHIMI·· |
| KEVIN B. CARLOCK† | AMY L. JETT• | 10151 DEERWOOD PARK BLVD • BLDG 200, STE 250 | JOSEPH D. SHELLEY | |
| ALEXANDER T. GALLOWAY III† | RYAN M. INGRAM | JACKSONVILLE, FLORIDA 32256 | LESLIE S. SMITH | OF COUNSEL: |
| J. KEVIN MOORE | SHAWN G. SHELTON | TELEPHONE (904) 428-1486 | CHRISTIAN H. LAYCOCK | JOHN L. SKELTON, JR.† |
| RODNEY R. MCCOLLOCH | D. AUSTIN GILLIS | **BRENTWOOD, TENNESSEE** | LIZA D. HARRELL•• | |
| SUSAN S. STUART | KRISTEN C. STEVENSON• | 5200 MARYLAND WAY • STE 301 | JESSICA A. KING | † ALSO ADMITTED IN TN |
| BRIAN D. SMITH | SARAH H. BEST•‡ | BRENTWOOD, TENNESSEE 37027 | JOHN A. EARLY | • ALSO ADMITTED IN FL |
| HARRY R. TEAR III | RYAN C. EDENS• | TELEPHONE (615) 425-7347 | CHRISTOPHER W. SHERMAN• | ···· ALSO ADMITTED IN CA |
| W. TROY HART†‡ | JULIE C. FULLER• | **LEXINGTON, KENTUCKY** | JESS E. MAPLES•• | * ALSO ADMITTED IN TX |
| JEFFREY A. DAXE | JODI B. LODEN• | 2333 ALEXANDRIA DRIVE | FREDERICK F. FISHER··· | ◊ ALSO ADMITTED IN AL |
| KIM A. ROPER† | TAMMI L. BROWN | LEXINGTON, KENTUCKY 40504 | KENNETH D. HALL | ‡ ALSO ADMITTED IN KY |
| VICTOR P. VALMUS | DAVID A. HURTADO | TELEPHONE (502) 410-6021 | RAHUL SHETH | # ALSO ADMITTED IN SC |
| ANGELA H. SMITH† | J. MARSHALL WEHUNT | **CHARLESTON, SOUTH CAROLINA** | GRANT S. TALL | ≠ ALSO ADMITTED IN NC |
| CHRISTOPHER C. MINGLEDORFF | JONATHAN J. SMITH | 885 ISLAND PARK DR • STE B | KIMBERLY E. THOMPSON• | •• ALSO ADMITTED IN IN |
| ANGELA D. TARTLINE | WILLIAM B. WARIHAY• | CHARLESTON, SOUTH CAROLINA 29492 | BRENT R. LAMAN• | • ADMITTED ONLY IN GA |
| | | TELEPHONE (843) 302-0002 | | ♦ ADMITTED ONLY IN TN |
| | | **ORLANDO, FLORIDA** | | ‡ ADMITTED ONLY IN FL |
| | | 7380 W. SAND LAKE RD • STE 500 | | ··· ADMITTED ONLY IN SC |
| | | ORLANDO, FLORIDA 32819 | | • ADMITTED ONLY IN KY |
| | | TELEPHONE (407) 367-8233 | | |

September 29, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

      Re:    <u>Beveled Edge Insurance Company</u> (the "Captive")
              Tax ID Number: ▇▇▇▇▇
              Tax Period: 2012

              <u>Owensboro Dermatology Assoc PSC</u> (together with Dermatology Property Management, LLC, the "Insured")
              Tax ID Number: ▇▇▇▇▇
              Tax Period: 2012

              <u>Dermatology Property Management, LLC</u> (together with Owensboro Dermatology Assoc. PSC, the "Insured")
              Tax ID Number: ▇▇▇▇▇
              Tax Period: 2012

Dear Ms. Luu,

      On behalf of our clients, the above-referenced Taxpayers, please see the enclosed CD with responses to Beveled Edge IDR 3, Owensboro Dermatology IDR 3, and Dermatology Property Management IDR 2.

      If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

**MOORE INGRAM JOHNSON & STEELE**

                    Very truly yours,

                    MOORE INGRAM JOHNSON & STEELE, LLP

                    *[signature]*

                    Matthew J. Howard

                    *[signature]*

                    Kenneth D. Hall

Enclosures