**EXHIBIT "E"**

**COVER LETTER TO RESPONSE TO IDR 4 FOR BEVELED EDGE**

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | PHILIP C. THOMPSON* | **MARIETTA, GEORGIA** | COLLEEN K. HORN*···· | CHRISTOPHER R. BROOKS* |
| STEPHEN C. STEELE | JOYCE W. HARPER | EMERSON OVERLOOK | DAVID J. OTTEN* | ADAM S. ROSENBERG |
| WILLIAM R. JOHNSON†‡ | CAREY E. OLSON· | 326 ROSWELL ST | JONATHAN S. FUTRELL | CHRISTOPHER D. TROUTMAN |
| ROBERT D. INGRAM† | CHARLES E. PIERCE* | MARIETTA, GEORGIA 30060 | NORBERT D. HUMMEL, IV | ALLISON M. HELSINGER* |
| J. BRIAN O'NEIL | WILMA R. BUSH | TELEPHONE (770) 429-1499 | DAVID P. CONLEY | BENJAMIN T. BROTHERS* |
| G. PHILLIP BEGGS | GREGORY H. FULLER* | **KNOXVILLE, TENNESSEE** | MARIANNA L. JABLONSKI* | MICHAEL R. BEANE‡ |
| ELDON L. BASHAM | TODD I. HEIRD* | 408 N. CEDAR BLUFF RD • STE 500 | LOURDES M. SANCERNI◊ | N. CRAIG HOLLOWAY* |
| MATTHEW J. HOWARD | ALEXANDER B. MORRISON* | KNOXVILLE, TENNESSEE 37923 | LEAH C. FOX+ | MICHAEL E. PATTERSON··· |
| JERE C. SMITH | DOUGLAS W. BUTLER, JR. | TELEPHONE (865) 692-9039 | J. DANIEL COLE | MATTHEW L. JONES· |
| CLAYTON O. CARMACK | CARLA C. WESTER◊ | **JACKSONVILLE, FLORIDA** | RYAN S. ROBINSON | NELOFAR AGHARAHIMI·· |
| KEVIN B. CARLOCK† | AMY L. JETT· | 10151 DEERWOOD PARK BLVD • BLDG 200, STE 250 | JOSEPH D. SHELLEY | |
| ALEXANDER T. GALLOWAY III† | RYAN M. INGRAM | JACKSONVILLE, FLORIDA 32256 | LESLIE S. SMITH | OF COUNSEL: |
| J. KEVIN MOORE | SHAWN G. SHELTON | TELEPHONE (904) 428-1465 | CHRISTIAN H. LAYCOCK | JOHN L. SKELTON, JR.† |
| RODNEY R. MCCOLLOCH | D. AUSTIN GILLIS | **BRENTWOOD, TENNESSEE** | LIZA O. HARRELL·· | |
| SUSAN S. STUART | KRISTEN C. STEVENSON* | 5200 MARYLAND WAY • STE 301 | JESSICA A. KING | † ALSO ADMITTED IN TN |
| BRIAN D. SMITH | SARAH H. BEST*‡ | BRENTWOOD, TENNESSEE 37027 | JOHN A. EARLY | · ALSO ADMITTED IN FL |
| HARRY R. TEAR III | RYAN C. EDENS* | TELEPHONE (615) 425-7347 | CHRISTOPHER W. SHERMAN* | ···· ALSO ADMITTED IN CA |
| W. TROY HART†‡ | JULIE C. FULLER* | **LEXINGTON, KENTUCKY** | JESS E. MAPLES*· | * ALSO ADMITTED IN TX |
| JEFFREY A. DAXE | JODI B. LODEN* | 2333 ALEXANDRIA DRIVE | FREDERICK F. FISHER··· | * ALSO ADMITTED IN AL |
| KIM A. ROPER† | TAMMI L. BROWN | LEXINGTON, KENTUCKY 40504 | KENNETH D. HALL | ‡ ALSO ADMITTED IN KY |
| VICTOR P. VALMUS | DAVID A. HURTADO | TELEPHONE (502) 410-6021 | RAHUL SHETH | ◊ ALSO ADMITTED IN SC |
| ANGELA H. SMITH† | J. MARSHALL WEHUNT | **CHARLESTON, SOUTH CAROLINA** | GRANT S. TALL | # ALSO ADMITTED IN NC |
| CHRISTOPHER C. MINGLEDORFF | JONATHAN J. SMITH | 885 ISLAND PARK DR • STE B | KIMBERLY E. THOMPSON· | ·· ALSO ADMITTED IN CN |
| ANGELA D. TARTLINE | WILLIAM B. WARIHAY♦ | CHARLESTON, SOUTH CAROLINA 29492 | BRENT R. LAMAN* | ♦ ADMITTED ONLY IN GA |
| | | TELEPHONE (843) 302-0002 | | ◊ ADMITTED ONLY IN TN |
| | | **ORLANDO, FLORIDA** | | ‡ ADMITTED ONLY IN FL |
| | | 7380 W. SAND LAKE RD • STE 500 | | ··· ADMITTED ONLY IN SC |
| | | ORLANDO, FLORIDA 32819 | | • ADMITTED ONLY IN KY |
| | | TELEPHONE (407) 387-5233 | | |

October 5, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

   Re: <u>Beveled Edge Insurance Company</u> (the "Captive")
     Tax ID Number: ▓▓▓▓▓▓▓▓
     Tax Period: 2012

Dear Ms. Luu,

  On behalf of our clients, the above-referenced Taxpayers, please see the enclosed CD with responses to Beveled Edge IDR 4. If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

             Very truly yours,

             MOORE INGRAM JOHNSON & STEELE, LLP

             Matthew J. Howard

             Kenneth D. Hall

Enclosures