**EXHIBIT "F"**

**COVER LETTER TO RESPONSE TO IDR 1 FOR CAVALLO NERO AND MICRO CAP**

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | JOYCE W. HARPER | **MARIETTA, GEORGIA** | COLLEEN K. HORN | KIMBERLY E. THOMPSON |
| STEPHEN C. STEELE | CAREY E. OLSON | EMERSON OVERLOOK | DAVID J. OTTEN | BRENT R. LAMAN |
| WILLIAM R. JOHNSON | CHARLES E. PIERCE | 326 ROSWELL ST | JONATHAN S. FUTRELL | CHRISTOPHER R. BROOKS |
| ROBERT D. INGRAM | WILMA R. BUSH | MARIETTA, GEORGIA 30060 | NORBERT D. HUMMEL, IV | ADAM S. ROSENBERG |
| J. BRIAN O'NEIL | GREGORY H. FULLER | TELEPHONE (770) 429-1499 | DAVID P. CONLEY | CHRISTOPHER D. TROUTMAN |
| G. PHILLIP BEGGS | TODD I. HEIRD | **KNOXVILLE, TENNESSEE** | B. CHASE ELLEBY | ALLISON M. HELSINGER |
| ELDON L. BASHAM | ALEXANDER B. MORRISON | 408 N. CEDAR BLUFF RD • STE 500 | MARIANNA L. JABLONSKI | MICHAEL R. BEANE |
| MATTHEW J. HOWARD | DOUGLAS W. BUTLER, JR. | KNOXVILLE, TENNESSEE 37923 | LOURDES SANCERNI-FULTON | |
| JERE C. SMITH | CARLA C. WESTER | TELEPHONE (865) 692-9039 | LEAH C. FOX | |
| CLAYTON O. CARMACK | AMY L. JETT | **JACKSONVILLE, FLORIDA** | ALISHA I. WYATT-BULLMAN | OF COUNSEL: |
| KEVIN B. CARLOCK | RYAN M. INGRAM | 10151 DEERWOOD PARK BLVD • BLDG 200, STE 250 | J. DANIEL COLE | JOHN L. SKELTON, JR. |
| ALEXANDER T. GALLOWAY III | SHAWN G. SHELTON | JACKSONVILLE, FLORIDA 32256 | RYAN S. ROBINSON | |
| J. KEVIN MOORE | D. AUSTIN GILLIS | TELEPHONE (904) 428-1465 | JOSEPH D. SHELLEY | |
| RODNEY R. MCCOLLOCH | KRISTEN C. STEVENSON | **NASHVILLE, TENNESSEE** | LESLIE S. SMITH | † ALSO ADMITTED IN TN |
| SUSAN S. STUART | SARAH H. BEST | 3200 WEST END AVE • STE 500 | CHRISTIAN H. LAYCOCK | • ALSO ADMITTED IN FL |
| BRIAN D. SMITH | RYAN C. EDENS | NASHVILLE, TENNESSEE 37203 | LIZA D. HARRELL | •••• ALSO ADMITTED IN CA |
| HARRY R. TEAR III | JULIE C. FULLER | TELEPHONE (615) 425-7347 | JESSICA A. KING | ▲ ALSO ADMITTED IN TX |
| W. TROY HART | JODI B. LODEN | **LEXINGTON, KENTUCKY** | JOHN A. EARLY | ‡ ALSO ADMITTED IN AL |
| JEFFREY A. DAXE | TAMMI L. BROWN | 2333 ALEXANDRIA DRIVE | CHRISTOPHER W. SHERMAN | ‡ ALSO ADMITTED IN KY |
| KIM A. ROPER | DAVID A. HURTADO | LEXINGTON, KENTUCKY 40504 | JESS E. MAPLES | ÷ ALSO ADMITTED IN SC |
| VICTOR P. VALMUS | J. MARSHALL WEHUNT | TELEPHONE (502) 410-6021 | FREDERICK F. FISHER | ◊ ALSO ADMITTED IN NC |
| ANGELA H. SMITH | JONATHAN J. SMITH | **CHARLESTON, SOUTH CAROLINA** | KENNETH D. HALL | ‡‡ ALSO ADMITTED IN IN |
| CHRISTOPHER C. MINGLEDORFF | TRISTAN B. MORRISON | 885 ISLAND PARK DR • STE B | RAHUL SHETH | ♦ ADMITTED ONLY IN TN |
| ANGELA D. TARTLINE | WILLIAM B. WARIHAY | CHARLESTON, SOUTH CAROLINA 29492 | GRANT S. TALL | ◊ ADMITTED ONLY IN FL |
| | | TELEPHONE (843) 302-0002 | | ••• ADMITTED ONLY IN SC |
| | | **ORLANDO, FLORIDA** | | • ADMITTED ONLY IN KY |
| | | 7380 W. SAND LAKE RD • STE 500 | | |
| | | ORLANDO, FLORIDA 32819 | | |
| | | TELEPHONE (407) 367-6233 | | |

December 8, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

      Re:    <u>Cavallo Nero Insurance, Inc.</u>
            Tax ID Number: ███████
            Tax Period: 2012

Dear Ms. Luu,

      On behalf of our client, the above-referenced Taxpayer, please see the enclosed 2848 and CD containing responses to IDR 1. If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

                                   Very truly yours,

                                   MOORE INGRAM JOHNSON & STEELE, LLP

                                   Matthew J. Howard

                                   Kenneth D. Hall

Enclosures

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | JOYCE W. HARPER | **MARIETTA, GEORGIA** | COLLEEN K. HORN*.... | KIMBERLY E. THOMPSON* |
| STEPHEN C. STEELE | CAREY E. OLSON* | EMERSON OVERLOOK | DAVID J. OTTEN* | BRENT R. LAMAN* |
| WILLIAM R. JOHNSON†‡ | CHARLES E. PIERCE* | 326 ROSWELL ST | JONATHAN S. FUTRELL | CHRISTOPHER R. BROOKS* |
| ROBERT D. INGRAM† | WILMA R. BUSH | MARIETTA, GEORGIA 30060 | NORBERT D. HUMMEL, IV | ADAM S. ROSENBERG |
| J. BRIAN O'NEIL | GREGORY H. FULLER* | TELEPHONE (770) 429-1499 | DAVID P. CONLEY | CHRISTOPHER D. TROUTMAN |
| G. PHILLIP BEGGS | TODD I. HEIRD* | **KNOXVILLE, TENNESSEE** | B. CHASE ELLEBY | ALLISON M. HELSINGER◊ |
| ELDON L. BASHAM | ALEXANDER B. MORRISON* | 408 N. CEDAR BLUFF RD • STE 500 | MARIANNA L. JABLONSKI* | MICHAEL R. BEANE◊ |
| MATTHEW J. HOWARD | DOUGLAS W. BUTLER, JR. | KNOXVILLE, TENNESSEE 37923 | LOURDES SANCERNI-FULTON◊ | |
| JERE C. SMITH | CARLA C. WESTER◊ | TELEPHONE (865) 692-9039 | LEAH C. FOX⸹ | |
| CLAYTON O. CARMACK | AMY L. JETT* | **JACKSONVILLE, FLORIDA** | ALISHA I. WYATT-BULLMAN† | OF COUNSEL: |
| KEVIN B. CARLOCK† | RYAN M. INGRAM | 10151 DEERWOOD PARK BLVD • BLDG 200, STE 250 | J. DANIEL COLE | JOHN L. SKELTON, JR.† |
| ALEXANDER T. GALLOWAY III† | SHAWN G. SHELTON | JACKSONVILLE, FLORIDA 32256 | RYAN S. ROBINSON | |
| J. KEVIN MOORE | D. AUSTIN GILLIS | TELEPHONE (904) 428-1465 | JOSEPH D. SHELLEY | |
| RODNEY R. MCCOLLOCH | KRISTEN C. STEVENSON* | **NASHVILLE, TENNESSEE** | LESLIE S. SMITH | † ALSO ADMITTED IN TN |
| SUSAN S. STUART | SARAH H. BEST*‡ | 3200 WEST END AVE • STE 500 | CHRISTIAN H. LAYCOCK | * ALSO ADMITTED IN FL |
| BRIAN D. SMITH | RYAN C. EDENS* | NASHVILLE, TENNESSEE 37203 | LIZA D. HARRELL** | **** ALSO ADMITTED IN CA |
| HARRY R. TEAR III | JULIE C. FULLER* | TELEPHONE (615) 425-7347 | JESSICA A. KING | ‡ ALSO ADMITTED IN TX |
| W. TROY HART†‡ | JODI B. LODEN* | **LEXINGTON, KENTUCKY** | JOHN A. EARLY | • ALSO ADMITTED IN AL |
| JEFFREY A. DAXE | TAMMI L. BROWN | 2333 ALEXANDRIA DRIVE | CHRISTOPHER W. SHERMAN* | ‡ ALSO ADMITTED IN KY |
| KIM A. ROPER† | DAVID A. HURTADO | LEXINGTON, KENTUCKY 40504 | JESS E. MAPLES*• | ⸹ ALSO ADMITTED IN SC |
| VICTOR P. VALMUS | J. MARSHALL WEHUNT | TELEPHONE (502) 410-6021 | FREDERICK F. FISHER... | # ALSO ADMITTED IN NC |
| ANGELA H. SMITH† | JONATHAN J. SMITH | **CHARLESTON, SOUTH CAROLINA** | KENNETH D. HALL | ** ALSO ADMITTED IN IN |
| CHRISTOPHER C. MINGLEDORFF+ | TRISTAN B. MORRISON.... | 885 ISLAND PARK DR • STE B | RAHUL SHETH | • ADMITTED ONLY IN TN |
| ANGELA D. TARTLINE | WILLIAM B. WARIHAY* | CHARLESTON, SOUTH CAROLINA 29492 | GRANT S. TALL | ◊ ADMITTED ONLY IN FL |
| | | TELEPHONE (843) 302-0002 | | ... ADMITTED ONLY IN SC |
| | | **ORLANDO, FLORIDA** | | • ADMITTED ONLY IN KY |
| | | 7380 W. SAND LAKE RD • STE 500 | | |
| | | ORLANDO, FLORIDA 32819 | | |
| | | TELEPHONE (407) 367-6233 | | |

December 8, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

      Re:    <u>Micro Cap KY Insurance Company, Inc.</u>
             Tax ID Number: ▓▓▓▓▓▓
             Tax Period: 2012

Dear Ms. Luu,

      On behalf of our client, the above-referenced Taxpayer, please see the enclosed 2848 and CD containing responses to IDR 1. If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

                               Very truly yours,

                               MOORE INGRAM JOHNSON & STEELE, LLP

                               Matthew J. Howard

                               Kenneth D. Hall

Enclosures