# EXHIBIT "G"

## COVER LETTER TO RESPONSE TO IDR 4 FOR RESPONDENT AND IDR 3 FOR DERMATOLOGY PROPERTY

# MOORE INGRAM JOHNSON & STEELE
A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON†‡
ROBERT D. INGRAM†
J. BRIAN O'NEIL
G. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK†
ALEXANDER T. GALLOWAY III†
J. KEVIN MOORE
RODNEY R. MCCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART†‡
JEFFREY A. DAXE
KIM A. ROPER†
VICTOR P. VALMUS
ANGELA H. SMITH†
CHRISTOPHER C. MINGLEDORFF*
ANGELA D. TARTLINE
PHILIP C. THOMPSON

SHANE MAYES
ALEXANDER B. MORRISON*
GREGORY H. FULLER*
DOUGLAS W. BUTLER, JR.
JOYCE W. HARPER
CAREY E. OLSON*
CHARLES E. PIERCE*
WILMA R. BUSH
TODD I. HEIRD*
CARLA C. WESTER⁾
AMY L. JETT*
RYAN M. INGRAM
SHAWN G. SHELTON
D. AUSTIN GILLIS†
KRISTEN C. STEVENSON*
SARAH H. BEST*‡
RYAN C. EDENS*
JULIE C. FULLER*
JODI B. LODEN*
TAMMI L. BROWN
DAVID A. HURTADO
J. MARSHALL WEHUNT
JONATHAN J. SMITH
WILLIAM B. WARIHAY*
COLLEEN K. HORN*⁓

MARIETTA, GEORGIA
EMERSON OVERLOOK
326 ROSWELL ST • STE 100
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

KNOXVILLE, TENNESSEE
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-9039

JACKSONVILLE, FLORIDA
10151 DEERWOOD PARK BLVD • BLDG 200, STE 250
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 428-1485

BRENTWOOD, TENNESSEE
5200 MARYLAND WAY • STE 301
BRENTWOOD, TENNESSEE 37027
TELEPHONE (615) 425-7347

LEXINGTON, KENTUCKY
2333 ALEXANDRIA DRIVE
LEXINGTON, KENTUCKY 40504
TELEPHONE (502) 410-8021

CHARLESTON, SOUTH CAROLINA
885 ISLAND PARK DR • STE B
CHARLESTON, SOUTH CAROLINA 29492
TELEPHONE (843) 302-0002

ORLANDO, FLORIDA
7380 W. SAND LAKE RD • STE 500
ORLANDO, FLORIDA 32819
TELEPHONE (407) 367-8233

DAVID J. OTTEN*
JONATHAN S. FUTRELL
NORBERT D. HUMMEL, IV
DAVID P. CONLEY
MARIANNA L. JABLONSKI*
LOURDES M. SANCERNI⁰
J. DANIEL COLE
RYAN S. ROBINSON
JOSEPH D. SHELLEY
LESLIE S. NEUBAUER
JENNIFER B. SIMPSON
CHRISTIAN H. LAYCOCK
LIZA D. HARRELL⁓
JESSICA A. KING
JOHN A. EARLY
CHRISTOPHER W. SHERMAN*
JESS E. MAPLES*⁻
FREDERICK F. FISHER⁓
KENNETH D. HALL
RAHUL SHETH
GRANT S. TALL
KIMBERLY E. THOMPSON-BRENT R. LAMAN*
CHRISTOPHER R. BROOKS*
ADAM S. ROSENBERG

CHRISTOPHER D. TROUTMAN
ALLISON M. HELSINGER*
BENJAMIN T. BROTHERS*
MICHAEL R. BEANE⁰
N. CRAIG HOLLOWAY*
MICHAL E. PATTERSON⁓
MATTHEW L. JONES
NELOFAR AGHARAHIMI·
ANTHONY J. TROMMELLO

OF COUNSEL:
JOHN L. SKELTON, JR.†

† ALSO ADMITTED IN TN
· ALSO ADMITTED IN FL
⁓ ALSO ADMITTED IN CA
‡ ALSO ADMITTED IN TX
• ALSO ADMITTED IN AL
‡ ALSO ADMITTED IN KY
* ALSO ADMITTED IN SC
⁾ ALSO ADMITTED IN NC
⁓ ALSO ADMITTED IN IN
* ADMITTED ONLY IN TN
⁾ ADMITTED ONLY IN FL
⁓ ADMITTED ONLY IN SC
• ADMITTED ONLY IN KY

January 11, 2016

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

> Re: <u>Owensboro Dermatology Assoc PSC</u> (together with Dermatology Property Management, LLC, the "Taxpayers")
> Tax ID Number: [redacted]
> Tax Period: 2012
>
> <u>Dermatology Property Management, LLC</u> (together with Owensboro Dermatology Assoc. PSC, the "Taxpayers")
> Tax ID Number: [redacted]
> Tax Period: 2012

Dear Ms. Luu,

On behalf of our clients, the above-referenced Taxpayers, please see the enclosed CD with responses to Owensboro Dermatology Assoc PSC IDR 4. In addition, the enclosed CD also contains responses to Dermatology Property Management, LLC IDR 3.

If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

**MOORE INGRAM JOHNSON & STEELE**

        Very truly yours,

        MOORE INGRAM JOHNSON & STEELE, LLP

        Matthew J. Howard

        MOORE INGRAM JOHNSON & STEELE, LLP

        Kenneth D. Hall

Enclosures