# EXHIBIT "H"

# COVER LETTER TO RESPONSE TO IDR 2 FOR CAVALLO NERO AND MICRO CAP

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | SHANE MAYES | **MARIETTA, GEORGIA** | DAVID J. OTTEN* | CHRISTOPHER D. TROUTMAN |
| STEPHEN C. STEELE | ALEXANDER B. MORRISON* | EMERSON OVERLOOK | JONATHAN S. FUTRELL | ALLISON M. HELSINGER* |
| WILLIAM R. JOHNSON†‡ | GREGORY H. FULLER* | 326 ROSWELL ST • STE 100 | NORBERT D. HUMMEL, IV | BENJAMIN T. BROTHERS* |
| ROBERT D. INGRAM† | DOUGLAS W. BUTLER, JR. | MARIETTA, GEORGIA 30060 | DAVID P. CONLEY | MICHAEL R. BEANE◊ |
| J. BRIAN O'NEIL | JOYCE W. HARPER | TELEPHONE (770) 429-1499 | MARIANNA L. JABLONSKI* | N. CRAIG HOLLOWAY* |
| G. PHILLIP BEGGS | CAREY E. OLSON· | **KNOXVILLE, TENNESSEE** | LOURDES M. SANCERNI◊ | MICHAL E. PATTERSON··· |
| ELDON L. BASHAM | CHARLES E. PIERCE* | 408 N. CEDAR BLUFF RD • STE 500 | J. DANIEL COLE | MATTHEW L. JONES |
| MATTHEW J. HOWARD | WILMA R. BUSH | KNOXVILLE, TENNESSEE 37923 | RYAN S. ROBINSON | NELOFAR AGHARAHIMI· |
| JERE C. SMITH | TODD I. HEIRD* | TELEPHONE (865) 692-9039 | JOSEPH D. SHELLEY | ANTHONY J. TROMMELLO |
| CLAYTON O. CARMACK | CARLA C. WESTER◊ | **JACKSONVILLE, FLORIDA** | LESLIE S. NEUBAUER | |
| KEVIN B. CARLOCK† | AMY L. JETT· | 10151 DEERWOOD PARK BLVD • BLDG 200, STE 250 | JENNIFER B. SIMPSON | OF COUNSEL: |
| ALEXANDER T. GALLOWAY III† | RYAN M. INGRAM | JACKSONVILLE, FLORIDA 32256 | CHRISTIAN H. LAYCOCK | JOHN L. SKELTON, JR.† |
| J. KEVIN MOORE | SHAWN G. SHELTON | TELEPHONE (904) 428-1465 | LIZA D. HARRELL·· | |
| RODNEY R. MCCOLLOCH | D. AUSTIN GILLIS† | **NASHVILLE, TENNESSEE** | JESSICA A. KING | |
| SUSAN S. STUART | KRISTEN C. STEVENSON* | 3200 WEST END AVE • STE 500 | JOHN A. EARLY | |
| BRIAN D. SMITH | SARAH H. BEST*‡ | NASHVILLE, TENNESSEE 37203 | CHRISTOPHER W. SHERMAN* | † ALSO ADMITTED IN TN |
| HARRY R. TEAR III | RYAN C. EDENS* | TELEPHONE (615) 425-7347 | JESS E. MAPLES*· | · ALSO ADMITTED IN FL |
| W. TROY HART†‡ | JULIE C. FULLER* | **LEXINGTON, KENTUCKY** | FREDERICK F. FISHER··· | ···· ALSO ADMITTED IN CA |
| JEFFREY A. DAXE | JODI B. LODEN* | 2333 ALEXANDRIA DRIVE | KENNETH D. HALL | ^ ALSO ADMITTED IN TX |
| KIM A. ROPER† | TAMMI L. BROWN | LEXINGTON, KENTUCKY 40504 | RAHUL SHETH | * ALSO ADMITTED IN AL |
| VICTOR P. VALMUS | DAVID A. HURTADO | TELEPHONE (502) 410-6021 | GRANT S. TALL | ‡ ALSO ADMITTED IN KY |
| ANGELA H. SMITH† | J. MARSHALL WEHUNT | **CHARLESTON, SOUTH CAROLINA** | KIMBERLY E. THOMPSON· | + ALSO ADMITTED IN SC |
| CHRISTOPHER C. MINGLEDORFF· | JONATHAN J. SMITH | 885 ISLAND PARK DR • STE B | BRENT R. LAMAN* | # ALSO ADMITTED IN NC |
| ANGELA D. TARTLINE | WILLIAM B. WARIHAY* | CHARLESTON, SOUTH CAROLINA 29492 | CHRISTOPHER R. BROOKS* | ** ALSO ADMITTED IN IN |
| PHILIP C. THOMPSON | COLLEEN K. HORN*···· | TELEPHONE (843) 302-0002 | ADAM S. ROSENBERG | * ADMITTED ONLY IN TN |
| | | **ORLANDO, FLORIDA** | | ◊ ADMITTED ONLY IN FL |
| | | 7380 W. SAND LAKE RD • STE 500 | | ··· ADMITTED ONLY IN SC |
| | | ORLANDO, FLORIDA 32819 | | ° ADMITTED ONLY IN KY |
| | | TELEPHONE (407) 367-6233 | | |

December 22, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

   Re: <u>Cavallo Nero Insurance, Inc.</u>
     Tax ID Number: ████████
     Tax Period: 2012-2014

Dear Ms. Luu,

  On behalf of our client, the above-referenced Taxpayer, please see the enclosed CD containing responses to IDR 2. If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

            Very truly yours,

            MOORE INGRAM JOHNSON & STEELE, LLP

            */s/ Matthew J. Howard*
            Matthew J. Howard

            */s/ Kenneth D. Hall*
            Kenneth D. Hall

Enclosures

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON†‡
ROBERT D. INGRAM†
J. BRIAN O'NEIL
G. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK†
ALEXANDER T. GALLOWAY III†
J. KEVIN MOORE
RODNEY R. MCCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART†‡
JEFFREY A. DAXE
KIM A. ROPER†
VICTOR P. VALMUS
ANGELA H. SMITH†
CHRISTOPHER C. MINGLEDORFF
ANGELA D. TARTLINE
PHILIP C. THOMPSON

SHANE MAYES
ALEXANDER B. MORRISON*
GREGORY H. FULLER*
DOUGLAS W. BUTLER, JR.
JOYCE W. HARPER
CAREY E. OLSON·
CHARLES E. PIERCE*
WILMA R. BUSH
TODD I. HEIRD*
CARLA C. WESTER◊
AMY L. JETT·
RYAN M. INGRAM
SHAWN G. SHELTON
D. AUSTIN GILLIS†
KRISTEN C. STEVENSON*
SARAH H. BEST*‡
RYAN C. EDENS*
JULIE C. FULLER*
JODI B. LODEN*
TAMMI L. BROWN
DAVID A. HURTADO
J. MARSHALL WEHUNT
JONATHAN J. SMITH
WILLIAM B. WARIHAY°
COLLEEN K. HORN*····

**MARIETTA, GEORGIA**
EMERSON OVERLOOK
326 ROSWELL ST • STE 100
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

**KNOXVILLE, TENNESSEE**
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-9039

**JACKSONVILLE, FLORIDA**
10151 DEERWOOD PARK BLVD • BLDG 200, STE 250
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 428-1465

**NASHVILLE, TENNESSEE**
3200 WEST END AVE • STE 500
NASHVILLE, TENNESSEE 37203
TELEPHONE (615) 425-7347

**LEXINGTON, KENTUCKY**
2333 ALEXANDRIA DRIVE
LEXINGTON, KENTUCKY 40504
TELEPHONE (502) 410-6021

**CHARLESTON, SOUTH CAROLINA**
885 ISLAND PARK DR • STE B
CHARLESTON, SOUTH CAROLINA 29492
TELEPHONE (843) 302-0002

**ORLANDO, FLORIDA**
7380 W. SAND LAKE RD • STE 500
ORLANDO, FLORIDA 32819
TELEPHONE (407) 367-6233

DAVID J. OTTEN*
JONATHAN S. FUTRELL
NORBERT D. HUMMEL, IV
DAVID P. CONLEY
MARIANNA L. JABLONSKI*
LOURDES M. SANCERNI◊
J. DANIEL COLE
RYAN S. ROBINSON
JOSEPH D. SHELLEY
LESLIE S. NEUBAUER
JENNIFER B. SIMPSON
CHRISTIAN H. LAYCOCK
LIZA D. HARRELL··
JESSICA A. KING
JOHN A. EARLY
CHRISTOPHER W. SHERMAN*
JESS E. MAPLES*·
FREDERICK F. FISHER···
KENNETH D. HALL
RAHUL SHETH
GRANT S. TALL
KIMBERLY E. THOMPSON·
BRENT R. LAMAN*
CHRISTOPHER R. BROOKS*
ADAM S. ROSENBERG

CHRISTOPHER D. TROUTMAN
ALLISON M. HELSINGER°
BENJAMIN T. BROTHERS*
MICHAEL R. BEANE◊
N. CRAIG HOLLOWAY*
MICHAL E. PATTERSON···
MATTHEW L. JONES
NELOFAR AGHARAHIMI·
ANTHONY J. TROMMELLO

OF COUNSEL:
JOHN L. SKELTON, JR.†

† ALSO ADMITTED IN TN
· ALSO ADMITTED IN FL
···· ALSO ADMITTED IN CA
‡ ALSO ADMITTED IN TX
• ALSO ADMITTED IN AL
‡ ALSO ADMITTED IN KY
+ ALSO ADMITTED IN SC
¤ ALSO ADMITTED IN NC
** ALSO ADMITTED IN IN
* ADMITTED ONLY IN TN
◊ ADMITTED ONLY IN FL
··· ADMITTED ONLY IN SC
° ADMITTED ONLY IN KY

December 22, 2015

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

      Re:    Micro Cap KY Insurance Company, Inc.
               Tax ID Number: [redacted]
               Tax Period: 2012-2014

Dear Ms. Luu,

      On behalf of our client, the above-referenced Taxpayer, please see the enclosed CD containing responses to IDR 2. If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

                           Very truly yours,

                           MOORE INGRAM JOHNSON & STEELE, LLP

                           Matthew J. Howard

                           Kenneth D. Hall

Enclosures