# EXHIBIT "I"

## COVER LETTER TO RESPONSE TO IDR 3 FOR CAVALLO NERO AND MICRO CAP

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON
ROBERT D. INGRAM
J. BRIAN O'NEIL
G. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK
ALEXANDER T. GALLOWAY III
J. KEVIN MOORE
RODNEY R. MCCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART
JEFFREY A. DAXE
KIM A. ROPER
VICTOR P. VALMUS
ANGELA H. SMITH
CHRISTOPHER C. MINGLEDORFF
ANGELA D. TARTLINE
PHILIP C. THOMPSON

SHANE MAYES
ALEXANDER B. MORRISON
GREGORY H. FULLER
DOUGLAS W. BUTLER, JR.
JOYCE W. HARPER
CAREY E. OLSON
CHARLES E. PIERCE
WILMA R. BUSH
TODD I. HEIRD
CARLA C. WESTER
AMY L. JETT
RYAN M. INGRAM
SHAWN G. SHELTON
D. AUSTIN GILLIS
KRISTEN C. STEVENSON
SARAH H. BEST
RYAN C. EDENS
JULIE C. FULLER
JODI B. LODEN
TAMMI L. BROWN
DAVID A. HURTADO
J. MARSHALL WEHUNT
JONATHAN J. SMITH
WILLIAM B. WARIHAY
COLLEEN K. HORN

MARIETTA, GEORGIA
EMERSON OVERLOOK
326 ROSWELL ST • STE 100
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

KNOXVILLE, TENNESSEE
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-9039

JACKSONVILLE, FLORIDA
10151 DEERWOOD PARK BLVD • BLDG 200, STE 250
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 428-1465

BRENTWOOD, TENNESSEE
5200 MARYLAND WAY • STE 301
BRENTWOOD, TENNESSEE 37027
TELEPHONE (615) 425-7347

LEXINGTON, KENTUCKY
2333 ALEXANDRIA DRIVE
LEXINGTON, KENTUCKY 40504
TELEPHONE (502) 410-6021

CHARLESTON, SOUTH CAROLINA
885 ISLAND PARK DR • STE B
CHARLESTON, SOUTH CAROLINA 29492
TELEPHONE (843) 302-0002

ORLANDO, FLORIDA
7380 W. SAND LAKE RD • STE 500
ORLANDO, FLORIDA 32819
TELEPHONE (407) 367-6233

DAVID J. OTTEN
JONATHAN S. FUTRELL
NORBERT D. HUMMEL, IV
DAVID P. CONLEY
MARIANNA L. JABLONSKI
LOURDES M. SANCERNI
J. DANIEL COLE
RYAN S. ROBINSON
JOSEPH D. SHELLEY
LESLIE S. NEUBAUER
JENNIFER B. SIMPSON
CHRISTIAN H. LAYCOCK
LIZA D. HARRELL
JESSICA A. KING
JOHN A. EARLY
CHRISTOPHER W. SHERMAN
JESS E. MAPLES
FREDERICK F. FISHER
KENNETH D. HALL
RAHUL SHETH
GRANT S. TALL
KIMBERLY E. THOMPSON
BRENT R. LAMAN
CHRISTOPHER R. BROOKS
ADAM S. ROSENBERG

CHRISTOPHER D. TROUTMAN
ALLISON M. HELSINGER
BENJAMIN T. BROTHERS
MICHAEL R. BEANE
N. CRAIG HOLLOWAY
MICHAL E. PATTERSON
MATTHEW L. JONES
NELOFAR AGHARAHIMI
ANTHONY J. TROMMELLO

OF COUNSEL:
JOHN L. SKELTON, JR.

† ALSO ADMITTED IN TN
• ALSO ADMITTED IN FL
•••• ALSO ADMITTED IN CA
◆ ALSO ADMITTED IN TX
♦ ALSO ADMITTED IN AL
‡ ALSO ADMITTED IN KY
⁂ ALSO ADMITTED IN SC
■ ALSO ADMITTED IN NC
•• ALSO ADMITTED IN IN
※ ADMITTED ONLY IN TN
⸸ ADMITTED ONLY IN FL
••• ADMITTED ONLY IN SC
◇ ADMITTED ONLY IN KY

January 11, 2016

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

   Re: <u>Cavallo Nero Insurance, Inc.</u> (together with Micro Cap KY Insurance Company, Inc., the "Taxpayers")
      Tax ID Number: ███████
      Tax Period: 2012-2014

      <u>Micro Cap KY Insurance Company, Inc.</u> (together with Cavallo Nero Insurance, Inc., the "Taxpayers")
      Tax ID Number: ███████
      Tax Period: 2012-2014

Dear Ms. Luu,

  On behalf of our clients, the above-referenced Taxpayers, please see the enclosed CD with responses to Cavallo Nero Insurance, Inc. IDR 3. In addition, the enclosed CD also contains responses to Micro Cap KY Insurance Company, Inc. IDR 3.

  If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

**MOORE INGRAM JOHNSON & STEELE**

Very truly yours,

MOORE INGRAM JOHNSON & STEELE, LLP

*[signature]*

Matthew J. Howard


MOORE INGRAM JOHNSON & STEELE, LLP

*[signature]*

Kenneth D. Hall


Enclosures