# EXHIBIT "J"

## COVER LETTER TO RESPONSE TO SUMMONS

# MOORE INGRAM JOHNSON & STEELE
A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | ALEXANDER B. MORRISON* | **MARIETTA, GEORGIA** | DAVID P. CONLEY | NELOFAR AGHARAHIMI· |
| STEPHEN C. STEELE | GREGORY H. FULLER* | EMERSON OVERLOOK | LOURDES M. SANCERNI◊ | ANTHONY J. TROMMELLO |
| WILLIAM R. JOHNSON†‡ | DOUGLAS W. BUTLER, JR. | 326 ROSWELL ST • STE 100 | J. DANIEL COLE | RYAN T. BOWDEN |
| ROBERT D. INGRAM† | CAREY E. OLSON· | MARIETTA, GEORGIA 30060 | RYAN S. ROBINSON | PATRICK R. MCKENRICK* |
| J. BRIAN O'NEIL | JOYCE W. HARPER | TELEPHONE (770) 429-1499 | JOSEPH D. SHELLEY | JARED C. WILLIAMS··· |
| G. PHILLIP BEGGS | CHARLES E. PIERCE* | **KNOXVILLE, TENNESSEE** | LESLIE S. NEUBAUER | CHRISTOPHER G. ROWE* |
| ELDON L. BASHAM | WILMA R. BUSH | 408 N. CEDAR BLUFF RD • STE 500 | JENNIFER B. SIMPSON | TIFFANY B. SHERRILL* |
| MATTHEW J. HOWARD | TODD I. HEIRD* | KNOXVILLE, TENNESSEE 37923 | CHRISTIAN H. LAYCOCK | AMBER LAMPE PETERS* |
| JERE C. SMITH | CARLA C. WESTER◊ | TELEPHONE (865) 692-9039 | LIZA D. HARRELL·· | DAVID W. SAMMONS◊ |
| CLAYTON O. CARMACK | AMY L. JETT· | **JACKSONVILLE, FLORIDA** | JESSICA A. KING | |
| KEVIN B. CARLOCK† | RYAN M. INGRAM | 10201 CENTURION PKWY, N • STE 401 | JOHN A. EARLY | OF COUNSEL: |
| J. KEVIN MOORE | SHAWN G. SHELTON | JACKSONVILLE, FLORIDA 32256 | CHRISTOPHER W. SHERMAN* | JOHN L. SKELTON, JR.† |
| RODNEY R. MCCOLLOCH | D. AUSTIN GILLIS† | TELEPHONE (904) 428-1466 | FREDERICK F. FISHER··· | |
| SUSAN S. STUART | KRISTEN C. STEVENSON* | **BRENTWOOD, TENNESSEE** | KENNETH D. HALL | |
| BRIAN D. SMITH | SARAH H. BEST*‡ | 5200 MARYLAND WAY • STE 301 | RAHUL SHETH | |
| HARRY R. TEAR III | RYAN C. EDENS* | BRENTWOOD, TENNESSEE 37027 | GRANT S. TALL | † ALSO ADMITTED IN TN |
| W. TROY HART†‡ | JULIE C. FULLER* | TELEPHONE (615) 425-7347 | KIMBERLY E. THOMPSON· | · ALSO ADMITTED IN FL |
| JEFFREY A. DAXE | JODI B. LODEN* | **LEXINGTON, KENTUCKY** | BRENT R. LAMAN* | ···· ALSO ADMITTED IN CA |
| KIM A. ROPER† | TAMMI L. BROWN | 2333 ALEXANDRIA DRIVE | CHRISTOPHER R. BROOKS* | ^ ALSO ADMITTED IN TX |
| VICTOR P. VALMUS | J. MARSHALL WEHUNT | LEXINGTON, KENTUCKY 40504 | CHRISTOPHER D. TROUTMAN | * ALSO ADMITTED IN AL |
| ANGELA H. SMITH† | JONATHAN J. SMITH | TELEPHONE (502) 410-6021 | ALLISON M. HELSINGER* | ‡ ALSO ADMITTED IN KY |
| CHRISTOPHER C. MINGLEDORFF* | WILLIAM B. WARIHAY* | **CHARLESTON, SOUTH CAROLINA** | MICHAEL R. BEANE◊ | + ALSO ADMITTED IN SC |
| ANGELA D. TARTLINE | DAVID J. OTTEN* | 885 ISLAND PARK DR • STE B | N. CRAIG HOLLOWAY* | # ALSO ADMITTED IN NC |
| PHILIP C. THOMPSON | JONATHAN S. FUTRELL | CHARLESTON, SOUTH CAROLINA 29492 | MICHAL E. PATTERSON··· | '' ALSO ADMITTED IN IN |
| SHANE MAYES | NORBERT D. HUMMEL, IV | TELEPHONE (843) 302-0002 | MATTHEW L. JONES | * ADMITTED ONLY IN TN |
| | | **ORLANDO, FLORIDA** | | ◊ ADMITTED ONLY IN FL |
| | | 7380 W. SAND LAKE RD • STE 500 | | ··· ADMITTED ONLY IN SC |
| | | ORLANDO, FLORIDA 32819 | | ‡ ADMITTED ONLY IN KY |
| | | TELEPHONE (407) 387-6233 | | |

May 9, 2016

Ms. Thuy Luu [Employee #0445090]   *VIA UPS OVERNIGHT DELIVERY*
Internal Revenue Service   *TRACKING NO. 1ZF297280199250338*
9350 Flair Drive
El Monte, CA 91731

    Re:    <u>Beveled Edge Insurance Company</u>
           Tax ID Number: ■■■■■■
           Tax Period: 2012

           <u>Owensboro Dermatology Assoc PSC</u>
           Tax ID Number: ■■■■■■
           Tax Period: 2012-2014

           <u>Dermatology Property Management, LLC</u>
           Tax ID Number: ■■■■■■
           Tax Period: 2012-2014

           <u>Cavallo Nero Insurance, Inc.</u>
           Tax ID Number: ■■■■■■
           Tax Period: 2012

           <u>Micro Cap KY Insurance Company, Inc.</u>
           Tax ID Number: ■■■■■■
           Tax Period: 2012

**MOORE INGRAM JOHNSON & STEELE**

Dear Ms. Luu,

On behalf of our clients, the above-referenced Taxpayers, please see the enclosed CD with responses to the Summonses issued April 25, 2016 for each of the above-referenced Taxpayers. If you have any questions or concerns, please feel free to contact me directly at 678-784-2848.

Very truly yours,

MOORE INGRAM JOHNSON & STEELE, LLP

Matthew J. Howard

Kenneth D. Hall

Enclosures