# EXHIBIT "K"

## 2009 CAPTIVE MANAGEMENT AGREEMENT

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | W. TROY HART† | EMERSON OVERLOOK | CHARLES E. PIERCE• | GABRIEL A. DANIELS |
| STEPHEN C. STEELE | JEFFREY A. DAXE | 326 ROSWELL STREET | BRANDON C. HARDY | S. SCOTT MARCUM |
| WILLIAM R. JOHNSON† | KIM A. ROPER | | STAYCE M. BURKHART• | WILMA R. BUSH |
| ROBERT D. INGRAM† | VICTOR P. VALMUS | MARIETTA, GEORGIA 30060 | CLAY S. O'DANIEL | GREG H. FULLER• |
| J. BRIAN O'NEIL | JOYCE W. HARPER | | GRAHAM E. MCDONALD | CHERYL A. STAUGAITIS |
| G. PHILLIP BEGGS | AMY K. WEBER | TELEPHONE (770) 429-1499 | KARINE M. POLIS | JENNIFER L. TOMMASELLO |
| ELDON L. BASHAM | TARA C. RIDDLE | TELECOPIER (770) 429-8631 | PHILLIP G. GOMBAR• | KEVIN L. LOPER• |
| MATTHEW J. HOWARD | T. SHANE MAYES | | SARAH E. STOTTLEMYER | |
| JERE C. SMITH | ANGELA N. SMITH | BILLING ADDRESS | JENNIFER A. RINGSMUTH• | OF COUNSEL |
| CLAYTON O. CARMACK | NICHOLAS J. PETERSON• | P.O. BOX 3305 • MARIETTA, GEORGIA 30061 | PRESTON D. HOLLOWAY | JOHN L. SKELTON, JR.† |
| KEVIN B. CARLOCK† | JAMES D. WALKER III | | JENNIFER B. SIMPSON | |
| ALEXANDER T. GALLOWAY III† | CHRISTOPHER D. GUNNELS• | TENNESSEE OFFICE | ASPEN S. RAINS• | |
| J. KEVIN MOORE | JENNIFER S. WHITE• | CEDAR RIDGE OFFICE PARK, SUITE 500 | MARC E. SIROTKIN | † ALSO ADMITTED IN TN |
| RODNEY R. MCCOLLOCH | RYAN G. PRESCOTT• | 408 N. CEDAR BLUFF ROAD • KNOXVILLE, TENNESSEE 37923 | BETH GEARHART•••• | * ALSO ADMITTED IN FL |
| SUSAN S. STUART | CHRISTOPHER C. MINGLEDORFF | | S. NIKOL RICHARDSON• | ** ALSO ADMITTED IN MA |
| DANIEL A. LANDIS••• | COLE B. STINSON•** | TELEPHONE (865) 692-9039 | SCOTT L. SAIDAK• | *** ALSO ADMITTED IN NC |
| BRIAN D. SMITH | ANGELA D. CHEATHAM | TELECOPIER (865) 692-9071 | JENNIFER L. LAFOUNTAINE• | **** ALSO ADMITTED IN CA |
| HARRY R. TEAR III | CAREY E. OLSON• | | TIMOTHY H. STALLINGS | • ADMITTED ONLY IN TN |

March 18, 2009

*Via email to Drtruett@owensboroderm.com*
*Via email to Drcrowe@owensboroderm.com*
Dr. Trey Truett & Dr. Michael Crowe
Beveled Edge Insurance Company
2821 New Hartford Rd.
Owensboro, Kentucky 42303

    Re:    Management of Beveled Edge Insurance Company

Dear Dr. Truett and Dr. Crowe:

    The purpose of this letter is to formalize our agreement to manage your Captive Insurance Company. Our firm, Moore Ingram Johnson & Steele, LLP, has experienced attorneys in the areas of taxation and liability. We can provide certain management services on behalf of your new insurance company at a fee of $36,000.00 annually, paid at a rate of $3,000.00 per month, plus costs set forth below. The first monthly bill against retainer of $3,000 will be due April 30th, 2009, and will continue to be due each month thereafter. Should you decide to go with our firm as your Captive's manager, all fees associated with Beveled Edge billed by our firm will fall within this monthly fee. When signed by you, this letter will constitute our contract.

    In exchange for fees received, we will act as your Captive Insurance Company Manager and will provide the following services:

- Act as your local agent in the jurisdiction of formation for purposes of receiving correspondence and service of process, which we will provide to you or your designees within ten (10) days of our receipt of the same;

- Act as your insurance manager for purposes of complying with any statutory or regulatory requirements in your jurisdiction of formation requiring such;

1

MOORE INGRAM JOHNSON & STEELE

- Assist you in arranging actuarial and accounting services for your insurance company; however, you will be required to engage and be responsible for paying these fees separately. We will be utilizing Bob Greenberger's firm, Habif, Arogeti & Wynne, LLP, for the financial audits;

- Assist you in identifying several insurance opportunities, and procuring re-insurance as you request (we cannot, of course, guarantee that the price of any re-insurance will be reasonable, and you will be responsible for all re-insurance payment of premiums);

- Drafting policies and related documents for risks that you have chosen to underwrite. This will be done annually or more often at your direction. With the help of our liability experts and an outside actuary, we can increase or decrease your coverage;

- Bookkeeping and recordkeeping services in compliance with any statutory or regulatory requirements;

- Provide servicing of your Dynasty Trusts (excluding fees for preparing the Trust tax return and trustee's fees);

- Provide information on investment policy and compliance with any statutory or regulatory requirements; and

- Assist in claims resolution (excludes attorney's fees, investigators, etc.).

As your management company, we will prepare and issue insurance policies to the insured entities, prepare the Captive Insurance Company annual statement and issue it you for signature and mailing (due to Kentucky by March 1st of each year), provide quarterly financials to you, and coordinate a conference call with you regarding the annual policy renewal.

We will work with local actuaries who will rate and price your insurance on an annual basis. Additionally, we are working with Wayne Stewart at Habif, Arogeti & Wynne, LLP to audit our clients' Captive Insurance Companies, as required by Kentucky law.

Fees that would not be included in the management fees, but that you would be expected to pay in addition to the management fees, are fees for your tax return, annual audit, taxes due in the state of domicile, and actuary fees.

You would also be responsible for certain "extraordinary" fees and expenses that may arise from time to time. These fees are also not included in our management fees, and we will confer with you in advance prior to performing or incurring anything that will result in such fees or expenses.

# MOORE INGRAM JOHNSON & STEELE

    Finally, we will work with you in identifying investment opportunities and strategies for Beveled Edge, including potentially investing in the existing insurance policies owned by Executive Benefit Investments – Truett, LLC, and Executive Benefit Investments – Crowe, LLC.

    Effective as of the date of your acceptance of this agreement, you will not be responsible for any invoices you may receive from Active Captive Management for services rendered by Active Captive after the date of your acceptance of this Agreement. Should you receive an invoice from Active Captive Management for services rendered after your acceptance of this Agreement, please forward the invoice to us at your earliest convenience for our handling.

    Please affix your signatures below to indicate that you agree with the terms of this agreement and would like for us to serve as your Captive Insurance Company Management team. We will be honored to serve you in that capacity.

    With kindest regards, I remain

    Very truly yours,

    MOORE INGRAM JOHNSON & STEELE, LLP

    *Matthew J. Howard / JAR*

    Matthew J. Howard

I have fully read, understand, accept and agree to all the terms and conditions of this Agreement as set forth above:

_____       March 20, 2009
Artis P. Truett, III      Date

_____       3/20/2009
Michael J. Crowe      Date

3