# EXHIBIT "M"

## LETTER IN RESPONSE TO SUMMONS FOR DR. TRUETT TO APPEAR DATED MAY 10, 2016

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON†‡
ROBERT D. INGRAM†
J. BRIAN O'NEIL
G. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK†
J. KEVIN MOORE
RODNEY R. MCCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART†‡
JEFFREY A. DAXE
KIM A. ROPER†
VICTOR P. VALMUS
ANGELA H. SMITH†
CHRISTOPHER C. MINGLEDORFF*
ANGELA D. TARTLINE
PHILIP C. THOMPSON
SHANE MAYES

ALEXANDER B. MORRISON*
GREGORY H. FULLER*
DOUGLAS W. BUTLER, JR
CAREY E. OLSON*
JOYCE W. HARPER
CHARLES E. PIERCE*
WILMA R. BUSH
TODD I. HEIRD*
CARLA C. WESTER◊
AMY L. JETT*
RYAN M. INGRAM
SHAWN G. SHELTON
D. AUSTIN GILLIS†
KRISTEN C. STEVENSON*
SARAH H. BEST*‡
RYAN C. EDENS*
JULIE C. FULLER*
JODI B. LODEN*
TAMMI L. BROWN
J. MARSHALL WEHUNT
JONATHAN J. SMITH
WILLIAM B. WARIHAY*
DAVID J. OTTEN*
JONATHAN S. FUTRELL
NORBERT D. HUMMEL, IV

**MARIETTA, GEORGIA**
EMERSON OVERLOOK
326 ROSWELL ST • STE 100
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

**KNOXVILLE, TENNESSEE**
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-9039

**JACKSONVILLE, FLORIDA**
10201 CENTURION PKWY, N • STE 401
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 428-1485

**BRENTWOOD, TENNESSEE**
5200 MARYLAND WAY • STE 301
BRENTWOOD, TENNESSEE 37027
TELEPHONE (615) 425-7347

**LEXINGTON, KENTUCKY**
2333 ALEXANDRIA DRIVE
LEXINGTON, KENTUCKY 40504
TELEPHONE (502) 410-6021

**CHARLESTON, SOUTH CAROLINA**
885 ISLAND PARK DR • STE B
CHARLESTON, SOUTH CAROLINA 29492
TELEPHONE (843) 302-0002

**ORLANDO, FLORIDA**
7380 W. SAND LAKE RD • STE 500
ORLANDO, FLORIDA 32819
TELEPHONE (407) 367-6233

DAVID P. CONLEY
LOURDES M. SANCERNI◊
J. DANIEL COLE
RYAN S. ROBINSON
JOSEPH D. SHELLEY
LESLIE S. NEUBAUER
JENNIFER B. SIMPSON
CHRISTIAN H. LAYCOCK
LIZA D. HARRELL••
JESSICA A. KING
JOHN A. EARLY
CHRISTOPHER W. SHERMAN*
FREDERICK F. FISHER•••
KENNETH D. HALL
RAHUL SHETH
GRANT S. TALL
KIMBERLY E. THOMPSON•
BRENT R. LAMAN*
CHRISTOPHER R. BROOKS*
CHRISTOPHER D. TROUTMAN
ALLISON M. HELSINGER*
MICHAEL R. BEANE◊
N. CRAIG HOLLOWAY*
MICHAL E. PATTERSON•••
MATTHEW L. JONES

NELOFAR AGHARAHIMI•
ANTHONY J. TROMMELLO
RYAN T. BOWDEN
PATRICK R. MCKENRICK*
JARED C. WILLIAMS•••
CHRISTOPHER G. ROWE*
TIFFANY B. SHERRILL*
AMBER LAMPE PETERS*
DAVID W. SAMMONS◊

OF COUNSEL:
JOHN L. SKELTON, JR.†

† ALSO ADMITTED IN TN
* ALSO ADMITTED IN FL
•••• ALSO ADMITTED IN CA
• ALSO ADMITTED IN TX
• ALSO ADMITTED IN AL
‡ ALSO ADMITTED IN KY
# ALSO ADMITTED IN SC
# ALSO ADMITTED IN NC
•• ALSO ADMITTED IN IN
◊ ADMITTED ONLY IN TN
◊ ADMITTED ONLY IN FL
••• ADMITTED ONLY IN SC
* ADMITTED ONLY IN KY

May 10, 2016

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

    Re:    <u>Artis P. Truett, M.D.</u>
              Tax ID Number: ▓▓▓▓▓▓
              Tax Period: 2012-2014

              <u>Allison H. Truett</u>
              Tax ID Number: ▓▓▓▓▓▓
              Tax Period: 2012-2014

Dear Ms. Luu,

     On behalf of our clients, the above-referenced Taxpayers, in response to the fax dated May 9, 2016 requesting written confirmation of Dr. Artis P. Truett's appearance on May 19, 2016 this letter hereby serves as written notice that Dr. Truett will not appear on May 19. The request for Dr. Truett to physically appear at the IRS office in Owensboro, KY is overly burdensome and meritless.

     Dr. Truett was recently diagnosed with prostate cancer and is scheduled for surgery on May 17. Additionally, Dr. Truett has also been diagnosed with cholangiocarcinoma, a cancer of the bile ducts. Consequently, Dr. Truett is in the process of scheduling a second surgery. As a result of this devastating news and the surgeries necessary to treat the two forms of cancer, Dr. Truett's appearance on May 19, or anytime in the foreseeable future, is impossible.

**MOORE INGRAM JOHNSON & STEELE**

    Additionally, the request for Dr. Truett to physically appear or conduct a second interview of any kind is meritless. Dr. Truett has already conducted an extensive interview with the IRS, led by Ms. Luu, on August 28, 2015. Further, Dr. Truett has been compliant in providing every bit of non-privileged information and documentation requested by the IRS in numerous IDRs and summonses.

    As a result of these objections that the request is unduly burdensome and meritless, Dr. Truett will not appear at the IRS office in Owensboro, KY on May 19, 2016. If any there is any further information requested, Dr. Truett would be happy to respond in writing to any IDRs, as he has throughout this audit. If you have any questions or concerns, please feel free to contact Kenny Hall directly at 678-784-2848.

                                    Very truly yours,

                                    MOORE INGRAM JOHNSON & STEELE, LLP

                                    Matthew J. Howard

                                    Kenneth D. Hall