EXHIBIT "N"

**LETTER IN RESPONSE TO SUMMONS FOR DR. CROWE TO APPEAR DATED MAY 10, 2016**

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON †‡
ROBERT D. INGRAM‡
J. BRIAN O'NEIL
G. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK †
J. KEVIN MOORE
RODNEY R. McCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART *‡
JEFFREY A. DAXE
KIM A. ROPER‡
VICTOR P. VALMUS
ANGELA H. SMITH*
CHRISTOPHER C. MINGLEDORFF*
ANGELA D. TARTLINE
PHILIP C. THOMPSON
SHANE MAYES

ALEXANDER B. MORRISON*
GREGORY H. FULLER*
DOUGLAS W. BUTLER, JR.
CAREY E. OLSON*
JOYCE W. HARPER
CHARLES E. PIERCE*
WILMA R. BUSH
TODD I. HEIRD*
CARLA C. WESTER*
AMY L. JETT*
RYAN M. INGRAM
SHAWN G. SHELTON
D. AUSTIN GILLIS†
KRISTEN C. STEVENSON*
SARAH H. BEST*‡
RYAN C. EDENS*
JULIE C. FULLER*
JODI B. LODEN*
TAMMI L. BROWN
J. MARSHALL WEHUNT
JONATHAN J. SMITH
WILLIAM B. WARIHAY*
DAVID J. OTTEN*
JONATHAN S. FUTRELL
NORBERT D. HUMMEL, IV

MARIETTA, GEORGIA
EMERSON OVERLOOK
326 ROSWELL ST • STE 100
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

KNOXVILLE, TENNESSEE
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-9039

JACKSONVILLE, FLORIDA
10201 CENTURION PKWY, N • STE 401
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 428-1465

BRENTWOOD, TENNESSEE
5200 MARYLAND WAY • STE 301
BRENTWOOD, TENNESSEE 37027
TELEPHONE (615) 425-7347

LEXINGTON, KENTUCKY
2333 ALEXANDRIA DRIVE
LEXINGTON, KENTUCKY 40504
TELEPHONE (502) 410-6021

CHARLESTON, SOUTH CAROLINA
885 ISLAND PARK DR • STE B
CHARLESTON, SOUTH CAROLINA 29492
TELEPHONE (843) 302-0002

ORLANDO, FLORIDA
7380 W. SAND LAKE RD • STE 500
ORLANDO, FLORIDA 32819
TELEPHONE (407) 367-5233

DAVID P. CONLEY
LOURDES M. SANCERNI◊
J. DANIEL COLE
RYAN S. ROBINSON
JOSEPH D. SHELLEY
LESLIE S. NEUBAUER
JENNIFER B. SIMPSON
CHRISTIAN H. LAYCOCK
LIZA D. HARRELL••
JESSICA A. KING
JOHN A. EARLY
CHRISTOPHER W. SHERMAN*
FREDERICK F. FISHER•••
KENNETH D. HALL
RAHUL SHETH
GRANT S. TALL
KIMBERLY E. THOMPSON•
BRENT R. LAMAN*
CHRISTOPHER R. BROOKS*
CHRISTOPHER D. TROUTMAN*
ALLISON M. HELSINGER*
MICHAEL R. BEANE◊
N. CRAIG HOLLOWAY*
MICHAL E. PATTERSON•••
MATTHEW L. JONES

NELOFAR AGHARAHIMI▪
ANTHONY J. TROMMELLO
RYAN T. BOWDEN
PATRICK R. McKENRICK•
JARED C. WILLIAMS•••
CHRISTOPHER G. ROWE▫
TIFFANY B. SHERRILL*
AMBER LAMPE PETERS*
DAVID W. SAMMONS◊

OF COUNSEL:
JOHN L. SKELTON, JR.†

† ALSO ADMITTED IN TN
* ALSO ADMITTED IN FL
•• ALSO ADMITTED IN CA
• ALSO ADMITTED IN TX
‡ ALSO ADMITTED IN AL
§ ALSO ADMITTED IN KY
◊ ALSO ADMITTED IN SC
▪ ALSO ADMITTED IN NC
□ ALSO ADMITTED IN IN
• ADMITTED ONLY IN TN
◊ ADMITTED ONLY IN FL
□ ADMITTED ONLY IN SC
▫ ADMITTED ONLY IN KY

May 10, 2016

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

      Re:    Michael J. Crowe, M.D.
              Tax ID Number: ▮▮▮▮▮▮▮▮▮
              Tax Period: 2012-2014

              Julie W. Crowe
              Tax ID Number: ▮▮▮▮▮▮▮▮▮
              Tax Period: 2012-2014

Dear Ms. Luu,

      On behalf of our clients, the above-referenced Taxpayers, in response to the fax dated May 9, 2016 requesting written confirmation of Dr. Michael J. Crowe's appearance on May 19, 2016 this letter hereby serves as written notice that Dr. Crowe will not appear on May 19. However, Dr. Crowe is willing to schedule a phone interview at a time convenient to all parties to discuss both Beveled Edge, which is no longer in operation, and Micro Cap KY Insurance Company, Inc. and related entities.

      The request for Dr. Crowe to physically appear at the IRS office in Owensboro, KY is overly burdensome and meritless. Dr. Crowe is a leading dermatologist in his field with an extremely demanding schedule. Further, physically appearing before the IRS would result in an undue financial burden as it would necessitate the physical presence of Dr. Crowe's attorneys to

# MOORE INGRAM JOHNSON & STEELE

ensure that his rights are upheld.  A phone interview would achieve the IRS' objectives without resulting in undue burden to the Taxpayers.

Additionally, the request for Dr. Crowe to physically appear is meritless as Ms. Luu, the agent managing the conference, will not be physically present herself.  Instead, the IRS proposes that Dr. Crowe abandon his professional responsibilities for an entire morning or afternoon to physically appear at an IRS office before an IRS agent who has not been involved with this case only to hold a conference call.  Finally, the IRS has provided no explanation as to why Dr. Crowe's appearance is required in this instance when in every other captive audit case we have handled, a phone interview was sufficient for the IRS to obtain the desired information.

As a result of these objections that the request is unduly burdensome and meritless, Dr. Crowe will not appear at the IRS office in Owensboro, KY on May 19, 2016.  However, in furthering Dr. Crowe's continued compliance with the IRS, as evident through the production of every non-privileged item requested in numerous IDRs and summonses, Dr. Crowe agrees to schedule a phone interview at a time most convenient to all parties to discuss the items at issue for the 2012 through 2014 tax years.

If you have any questions or concerns, please feel free to contact Kenny Hall directly at 678-784-2848.

Very truly yours,

MOORE INGRAM JOHNSON & STEELE, LLP

Matthew J. Howard

Kenneth D. Hall