# EXHIBIT "O"

## LETTER IN RESPONSE TO PHONE CALL REQUESTING DR. CROWE'S PHYSICAL PRESENCE FOR IRS INTERVIEW DATED MAY 13, 2016

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| | | | | |
|---|---|---|---|---|
| JOHN H. MOORE | ALEXANDER B. MORRISON* | **MARIETTA, GEORGIA** | DAVID P. CONLEY | NELOFAR AGHARAHIMI· |
| STEPHEN C. STEELE | GREGORY H. FULLER* | EMERSON OVERLOOK | LOURDES M. SANCERNI◊ | ANTHONY J. TROMMELLO |
| WILLIAM R. JOHNSON†ı | DOUGLAS W. BUTLER, JR. | 326 ROSWELL ST • STE 100 | J. DANIEL COLE | RYAN T. BOWDEN |
| ROBERT D. INGRAM† | CAREY E. OLSON· | MARIETTA, GEORGIA 30060 | RYAN S. ROBINSON | PATRICK R. MCKENRICK♦ |
| J. BRIAN O'NEIL | JOYCE W. HARPER | TELEPHONE (770) 429-1499 | JOSEPH D. SHELLEY | JARED C. WILLIAMS— |
| G. PHILLIP BEGGS | CHARLES E. PIERCE* | **KNOXVILLE, TENNESSEE** | LESLIE S. NEUBAUER | CHRISTOPHER G. ROWE* |
| ELDON L. BASHAM | WILMA R. BUSH | 408 N. CEDAR BLUFF RD • STE 500 | JENNIFER B. SIMPSON | TIFFANY B. SHERRILL* |
| MATTHEW J. HOWARD | TODD I. HEIRD* | KNOXVILLE, TENNESSEE 37923 | CHRISTIAN H. LAYCOCK | AMBER LAMPE PETERS* |
| JERE C. SMITH | CARLA C. WESTER◊ | TELEPHONE (865) 692-9039 | LIZA D. HARRELL·· | DAVID W. SAMMONS◊ |
| CLAYTON O. CARMACK | AMY L. JETT· | **JACKSONVILLE, FLORIDA** | JESSICA A. KING | |
| KEVIN B. CARLOCK† | RYAN M. INGRAM | 10201 CENTURION PKWY, N • STE 401 | JOHN A. EARLY | OF COUNSEL: |
| J. KEVIN MOORE | SHAWN G. SHELTON | JACKSONVILLE, FLORIDA 32256 | CHRISTOPHER W. SHERMAN* | JOHN L. SKELTON, JR.† |
| RODNEY R. MCCOLLOCH | D. AUSTIN GILLIS† | TELEPHONE (904) 428-1465 | FREDERICK F. FISHER··· | |
| SUSAN S. STUART | KRISTEN C. STEVENSON* | **BRENTWOOD, TENNESSEE** | KENNETH D. HALL | |
| BRIAN D. SMITH | SARAH H. BEST*ı | 5200 MARYLAND WAY • STE 301 | RAHUL SHETH | |
| HARRY R. TEAR III | RYAN C. EDENS* | BRENTWOOD, TENNESSEE 37027 | GRANT S. TALL | † ALSO ADMITTED IN TN |
| W. TROY HART†ı | JULIE C. FULLER* | TELEPHONE (615) 425-7347 | KIMBERLY E. THOMPSON· | * ALSO ADMITTED IN FL |
| JEFFREY A. DAXE | JODI B. LODEN* | **LEXINGTON, KENTUCKY** | BRENT R. LAMAN* | ···· ALSO ADMITTED IN CA |
| KIM A. ROPER† | TAMMI L. BROWN | 2333 ALEXANDRIA DRIVE | CHRISTOPHER R. BROOKS* | · ALSO ADMITTED IN TX |
| VICTOR P. VALMUS | J. MARSHALL WEHUNT | LEXINGTON, KENTUCKY 40504 | CHRISTOPHER D. TROUTMAN | ◊ ALSO ADMITTED IN AL |
| ANGELA H. SMITH† | JONATHAN J. SMITH | TELEPHONE (502) 410-6021 | ALLISON M. HELSINGER* | ı ALSO ADMITTED IN KY |
| CHRISTOPHER C. MINGLEDORFF* | WILLIAM B. WARIHAY* | **CHARLESTON, SOUTH CAROLINA** | MICHAEL R. BEANE◊ | ♦ ALSO ADMITTED IN SC |
| ANGELA D. TARTLINE | DAVID J. OTTEN* | 885 ISLAND PARK DR • STE B | N. CRAIG HOLLOWAY* | # ALSO ADMITTED IN NC |
| PHILIP C. THOMPSON | JONATHAN S. FUTRELL | CHARLESTON, SOUTH CAROLINA 29492 | MICHAL E. PATTERSON··· | ·· ALSO ADMITTED IN IN |
| SHANE MAYES | NORBERT D. HUMMEL, IV | TELEPHONE (843) 302-0002 | MATTHEW L. JONES | • ADMITTED ONLY IN TN |
| | | **ORLANDO, FLORIDA** | | ◊ ADMITTED ONLY IN FL |
| | | 7380 W. SAND LAKE RD • STE 500 | | ··· ADMITTED ONLY IN SC |
| | | ORLANDO, FLORIDA 32819 | | ı ADMITTED ONLY IN KY |
| | | TELEPHONE (407) 367-6233 | | |

May 13, 2016

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

   Re:  Michael J. Crowe, M.D.
      Tax ID Number: ▓▓▓▓▓▓▓
      Tax Period: 2012-2014

      Julie W. Crowe
      Tax ID Number: ▓▓▓▓▓▓▓
      Tax Period: 2012-2014

Dear Ms. Luu,

  On behalf of our clients, the above-referenced Taxpayers, this letter serves as response to your phone call May 12, 2016 requesting an in-person interview with Dr. Crowe. As previously stated, despite the objections expressed below, the Taxpayers agree to hold a phone interview in order to assist the IRS in obtaining all relevant information. However, the Taxpayers hereby deny the request to hold an interview at Owensboro Dermatology whereby an IRS representative will be physically present while the interview is conducted by a second IRS representative over the phone.

  The request is overly burdensome and meritless. Dr. Crowe is a leading dermatologist in his field with an extremely demanding schedule. Further, Dr. Crowe's partner at Owensboro Dermatology Associates, Dr. Truett, was recently diagnosed with prostate cancer for which he is scheduled for surgery on May 17 and cholangiocarcinoma, a cancer of the bile ducts, for which

**MOORE INGRAM JOHNSON & STEELE**

he is in the process of scheduling a second surgery. Not only is Dr. Crowe emotionally and spiritually distraught by these diagnoses of his partner, but Dr. Crowe anticipates his medical practice will experience a devastating loss resulting from Dr. Truett's absence. As a result, the request for an extensive interview with Dr. Crowe is overly burdensome particularly given the facts that Dr. Truett has already conducted an extensive interview with the IRS after the IRS specifically stated that it was not necessary that Dr. Crowe be present for the interview, and all non-privileged information and documentation requested through numerous IDRs and summonses has been provided.

Additionally, the request that an IRS representative physically be present in the same room as Dr. Crowe while another IRS representative conducts a phone interview is entirely meritless. The physical presence of an IRS representative in the same room as Dr. Crowe during the interview serves no meaningful purpose and would only result in an undue financial burden to Dr. Crowe as it would necessitate the physical presence of Dr. Crowe's attorneys to ensure that his rights are upheld.

Finally, the IRS has provided no reasonable explanation as to why an IRS representative's physical appearance is necessary in this instance. The IRS representative physically present will not be conducting the interview nor has she previously been involved with this particular case. Further, in every other captive audit case MIJS has handled, a phone interview was sufficient for the IRS to obtain the desired information (as previously specifically stated by the IRS in this case with regard to Dr. Truett's IRS interview held on August 28, 2015).

Despite these objections that the request is unduly burdensome and meritless, in furthering Dr. Crowe's continued willingness to comply with the IRS and provide all available information, Dr. Crowe agrees to schedule a phone interview at a time most convenient to all parties to discuss the items at issue for the 2012 through 2014 tax years.

If you have any questions or concerns, please feel free to contact Kenny Hall directly at 678-784-2848.

Very truly yours,

MOORE INGRAM JOHNSON & STEELE, LLP

Matthew J. Howard

Kenneth D. Hall