**EXHIBIT "P"**

**FAX FROM LUU DATED JUNE 8, 2016**

06/08/2016  11:56:41 AM  -0400  IRS                                    PAGE  2  OF  2

# INTERNAL REVENUE SERVICE

 **IRS**

## FAX TRANSMISSION
## Cover Sheet

Date:  June 08, 2016

## To:  Kenneth Hall, Attorney

Address/Organization:  MIJS

Fax Number:  (770) 429-8631                Office Number:  7704291499

## From:  Luu Thuy T

Address/Organization:

Fax Number:  (855) 300-5893                Office Number:

Number of pages:  1      *Including cover page*

**Subject:**  Interview

Hi Kenneth,

My group manager, Gloria Acosta, and I are open to scheduling an in-person interview with Dr. Crowe, but, in the event Dr. Crowe is not agreeable to scheduling such an interview, we are planning to seek enforcement of the summons for Dr. Crowe's testimony.

Thank You!

Thuy T. Luu, EID:  04-45090, SBSE RA FE 1701

Office (626) 927-1269
Fax   (855) 300-5893

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code.  If you have received this communication in error, please contact the sender immediately by telephone. Thank you.