# EXHIBIT "S"

## COVER LETTER TO RESPONSE TO DOJ LETTER DATED AUGUST 26, 2016

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

| MARIETTA, GEORGIA | KNOXVILLE, TENNESSEE | JACKSONVILLE, FLORIDA | NASHVILLE, TENNESSEE |
|---|---|---|---|
| EMERSON OVERLOOK | 408 N. CEDAR BLUFF RD | 10151 DEERWOOD PARK BLVD | 5200 MARYLAND WAY |
| 326 ROSWELL ST | STE 500 | BLDG 200, STE 250 | STE 301 |
| MARIETTA, GEORGIA 30060 | KNOXVILLE, TENNESSEE 37923 | JACKSONVILLE, FLORIDA 32256 | BRENTWOOD, TENNESSEE 37027 |
| TELEPHONE (770) 429-1499 | TELEPHONE (865) 692-9039 | TELEPHONE (904) 428-1465 | TELEPHONE (615) 425-7347 |

| LEXINGTON, KENTUCKY | CHARLESTON, SOUTH CAROLINA | ORLANDO, FLORIDA |
|---|---|---|
| 2333 ALEXANDRIA DRIVE | 685 ISLAND PARK DR • STE B | 7380 W. SAND LAKE RD • STE 500 |
| LEXINGTON, KENTUCKY 40504 | CHARLESTON, SOUTH CAROLINA 29492 | ORLANDO, FLORIDA 32819 |
| TELEPHONE (502) 410-8021 | TELEPHONE (843) 302-0002 | TELEPHONE (407) 367-6233 |

August 26, 2016

USPS Certified Mail Receipt # 7015 0640 0004 7605 3114

Ms. Thuy Luu [Employee #0445090]
Internal Revenue Service
9350 Flair Drive
El Monte, CA 91731

   Re: <u>Owensboro Dermatology Assoc PSC</u> (the "Taxpayer")
     Tax ID Number: ███████
     Tax Period: 2012-2014

Dear Ms. Luu,

  On behalf of our client, the above-referenced Taxpayer, please see the enclosed CD with responses to the Summons dated April 25, 2016 in response to the letter from the U.S. Department of Justice dated July 18, 2016. With the enclosed responses, Taxpayer will have provided all information and documentation in its possession in response to all requests pertaining to the Taxpayer, Dermatology Property Management, LLC, Beveled Edge Insurance Company, Inc., Micro Cap KY Insurance Company, Inc. and Cavallo Nero Captive Insurance Company, Inc.

  The only correspondence in our possession that has not been provided is privileged communications between attorney and client. All relevant non-privileged communications have been provided. If you have any questions or concerns, or have additional requests please feel free to contact Kenny Hall directly at 678-784-2848.

           Very truly yours,

           MOORE INGRAM JOHNSON & STEELE, LLP

           Matthew J. Howard

           Kenneth D. Hall

Enclosures